IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RAYMOND-CARLOS QUINONEZ,** | Case No. C 09-04272 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **HARRINGTON, Warden,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until July 9, 2010 to file a motion to dismiss the petition for writ of habeas corpus. Petitioner may file an opposition or a statement of non-opposition within 60 days of his receipt of the motion and respondent shall file a reply within 15 days of receipt of any opposition.

Dated: 5/13/10

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong

1

[Proposed] Order (C 09-04272 SBA (PR))

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND-CARLOS QUINONEZ,

        Plaintiff,

v.

HARRINGTON et al,

        Defendant.
                                          /

Case Number: CV09-04272 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond-Carlos Quinonez E-15587
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216

Dated: May 13, 2010

                          Richard W. Wieking, Clerk
                          By: LISA R CLARK, Deputy Clerk