IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND-CARLOS QUINONEZ,

    Petitioner,

v.

KELLY HARRINGTON, Warden,

    Respondent.

        /

No. C 09-04272 SBA (PR)

**ORDER GRANTING PETITIONER'S REQUEST FOR AN EXTENSION OF TIME AND DENYING HIS REQUEST FOR SANCTIONS**

    Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. In an Order dated March 31, 2011, the Court granted Respondent's motion to dismiss the petition as a "mixed petition" containing both exhausted and unexhausted claims. The Court directed Petitioner within thirty days to file his amended petition containing only exhausted claims or to request to stay the petition while he returns to state court to exhaust his unexhausted claims.

    Before the Court is Petitioner's motion for an extension of time up to and including May 16, 2011 in order to "comply with this Court's previous ORDER of 3-31-11" (docket no. 15). Good cause appearing, his request is GRANTED. Petitioner may file either an amended petition or a request for a stay no later than **May 16, 2011.**

    Petitioner has also filed a motion for the Court to issue sanctions on Respondent for "not complying with the Court's explicit ORDER to serve upon the Petitioner a Reply to the Opposition that Petitioner filed" in response to the motion to dismiss (docket no. 14). As mentioned above, the Court has already ruled on the motion to dismiss, and it is allowing Petitioner to file either an amended petition or a request for a stay. Accordingly, Petitioner's request for sanctions is DENIED.

    This Order terminates Docket nos. 14 and 15.

    IT IS SO ORDERED.

DATED: 5/10/11

                                                                                         SAUNDRA BROWN ARMSTRONG
                                                                                         UNITED STATES DISTRICT JUDGE

G:\PRO-SE\SBA\HC.09\Quinonez4272.Eot-APorSTAY&denySANC.wpd

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

RAYMOND-CARLOS QUINONEZ,

        Plaintiff,

  v.

HARRINGTON et al,

        Defendant.

Case Number: CV09-04272 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 13, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond-Carlos Quinonez E-15587
Kern Valley State Prison
P.O. Box 5103
Delano, CA 93216-5103

Dated: May 13, 2011

Richard W. Wieking, Clerk
By: LISA R CLARK, Deputy Clerk