IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RAYMOND-CARLOS QUINONEZ,

    Petitioner,

 v.

KELLY HARRINGTON, Warden,

    Respondent.
                                     /

No. C 09-04272 SBA (PR)

**ORDER GRANTING REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

      Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for an extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by **February 23, 2012**.

      This Order terminates Docket no. 28.

      IT IS SO ORDERED.

DATED: 1/19/12

                                                    SAUNDRA BROWN ARMSTRONG
                                                  UNITED STATES DISTRICT JUDGE

<div style="sidebar">**United States District Court**
For the Northern District of California</div>

1 | UNITED STATES DISTRICT COURT
2 | FOR THE
    NORTHERN DISTRICT OF
3 | CALIFORNIA

RAYMOND-CARLOS QUINONEZ,

      Plaintiff,

Case Number: CV09-04272 SBA

**CERTIFICATE OF SERVICE**

v.

HARRINGTON et al,

      Defendant.
_____ /

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 23, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Raymond-Carlos Quinonez E-15587
Kern Valley State Prison
P.O. Box 5102
Delano, CA 93216-5102

Dated: January 23, 2012

                Richard W. Wieking, Clerk
                By: LISA R CLARK, Deputy Clerk